FILED

08/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0343

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 23-0343 & DA 23-0345

IN THE MATTERS OF:

S.F., and A.F.,

Youths in Need of Care.

# ORDER

Upon consideration of Appellant Mother's motion to consolidate and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Mother's motion is GRANTED and the two cause numbers noted below are hereby consolidated under Cause No. DA 23-0343:

DA 23-0343 (Matter of S.F.)
DA 23-0345 (Matter of A.F.)

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 16 2023